ANTHONY SCOULIOS, *ET AL.*, PLAINTIFFS-RESPONDENTS,
v. PENNSYLVANIA RAILROAD COMPANY, DEFENDANT-
PETITIONER.

*Messrs. Strong & Strong* for the petitioner.

*Messrs. Weincr, Weiner & Glennon,* and *Mr. Saul Neivert* for the respondents.

September 16, 1963. Denied.

MISS HAIRCUT, No. 8 INC., *ET AL.*, PETITIONERS-PETI-
TIONERS, v. NEW JERSEY BOARD OF BEAUTY CUL-
TURE, DEFENDANT-RESPONDENT.

*Messrs. Lifland & Greiman* for the petitioners.

*Mr. Arthur J. Sills* and *Mr. Irwin R. Rein* for the respondent.

September 16, 1963. Denied.